UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

TRAVIS S. OVERTON,

    Petitioner,

v.

J. GASTELO,

    Respondent.

Case No. 16-cv-2724-NJV (PR)

**ORDER OF TRANSFER**

This is a petition for writ of habeas corpus filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the Solano County Superior Court. Solano County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated in the Central District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted and in the Eastern District, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: May 27, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge